# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC.<br><br>       Plaintiff,<br>  v.<br><br>MITSUBISHI ELECTRIC US, INC.,<br><br>MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, INC., and<br><br>MITSUBISHI ELECTRIC CORPORATION,<br><br>       Defendants. | Civil Action No.:<br><br>**TRIAL BY JURY DEMANDED** |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 103.3, Plaintiff, Allen Video Technology, Inc., states that it has no parent corporation or other affiliates, and that no publicly held corporation owns 10% or more of its stock.

Plaintiff, Allen Video Technology, Inc., is not aware of any other corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of the litigation.

Dated: May 20, 2014                Respectfully submitted,

                                                  /s/ Joseph D. Lewis
                                          Joseph D. Lewis

                                          *Attorneys for Plaintiff*
                                          *ALLEN VIDEO TECHNOLOGY, INC*.

                                          Joseph D. Lewis
                                          (Maryland Federal Bar # 13379)
                                          **BARNES & THORNBURG LLP**
                                          1717 Pennsylvania Ave, NW, Suite 500
                                          Washington, DC 20006
                                          (202) 289-1313 Telephone
                                          (202) 289-1330 Facsimile
                                          Email: joe.lewis@btlaw.com

*Of Counsel:*
Eugene M. Cummings
David Lesht
Martin Goering
**THE LAW OFFICES OF**
**EUGENE M. CUMMINGS, P.C.**
One North Wacker Drive, Suite 4130
Chicago, Illinois  60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
E-mail: ecummings@emcpc.com
E-mail: dlesht@emcpc.com
E-mail: mgoering@emcpc.com

Joseph M. Vanek
Jeffrey R. Moran
**VANEK, VICKERS & MASINI, P.C.**
55 W. Monroe, Suite 3500
Chicago, IL 60603
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
Email: jvanek@vaneklaw.com
Email: jmoran@vaneklaw.com